No. 220. WITHERBEE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. November 5, 1934. Petition for rehearing denied. See *ante,* p. 582.

No. 263. LESSER *v.* NEW YORK. November 5, 1934. Petition for rehearing denied. See *ante,* p. 555.

No. 285. WIREN *v.* SHUBERT. THEATRE CORP. ET AL. November 5, 1934. Petition for rehearing denied. See *ante,* p. 591.

No. 321. GILLIAM ET AL., RECEIVERS, *v.* UNITED STATES. November 5, 1934. Petition for rehearing denied. See *ante,* p. 587.

No. 409. ROBISON *v.* FIRST NATIONAL PICTURES, INC. ET AL. November 5, 1934. Petition for rehearing denied. See *ante,* p. 609.

No. 459. HANDY, RECEIVER, *v.* OKLAHOMA EX REL. KING, ATTORNEY GENERAL. November 5, 1934. Petition for rehearing denied. See *ante,* p. 610.

No. 191. DARBY *v.* MONTGOMERY COUNTY NATIONAL BANK. November 12, 1934. Petition for rehearing denied. See *ante,* p. 579.

No. 366. MISSISSIPPI VALLEY TRUST CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. November 12, 1934. Petition for rehearing denied. See *ante,* p. 604.